UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

EDWARD COMENA, JR.

CRIMINAL NO. 06-63-FJP-SCR
(CV 09-47-FJP-SCR)

## RULING

The Court will treat the letter from Edward Comena, Jr.[1] as a motion to vacate, set aside, or modify sentence pursuant to 28 U.S.C. § 2255. Since the defendant has not obtained permission from the Fifth Circuit Court of Appeals to file this successive petition, this matter is dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 27, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 60.