```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA
```

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO. 06-63-FJP-SCR
                                          (CV 09-47-FJP-SCR)

EDWARD COMENA, JR.

## JUDGMENT

For written reasons assigned;

IT IS ORDERED that this matter is dismissed without prejudice.

Baton Rouge, Louisiana, January 27, 2009.

*[signature]*

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA